

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2022

No. 04-22-00344-CR

Luis Carlos **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR6587
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant's brief originally was due to be filed on October 31, 2022. On November 14, 2022, this court notified appellant in writing that the brief was late and requested that appellant respond in writing within ten days stating a reasonable explanation for failing to timely file the brief. On December 5, 2022, appellant filed a motion requesting a thirty-day extension of time.[1]

A thirty-day extension from the original due date for the brief was November 30, 2022. However, in the interest of justice, we GRANT the request for an extension of time, and Mr. Montgomery is ORDERED to file appellant's brief **no later than December 30, 2022.**

**NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED IN THE ABSENCE OF EXTENTUATING CIRCUMSTANCES**.

_____
Lori I. Valenzuela, Justice

---

[1] Appellant's attorney, Mr. Patrick Montgomery, incorrectly states the brief was due on November 2, 2022. Although Mr. Montgomery styles the motion as a "Second and Final Motion to Extend," no previous request for an extension has been filed.

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court